IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY F. KINNAN,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:08-CV-01349 MCE KJM<br><br>ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

      For good cause shown, defendant United States of America's *ex parte* application for extension of time to respond to plaintiff's complaint, filed June 13, 2008, is hereby APPROVED. Defendant's deadline is extended to July 28, 2008.

      IT IS SO ORDERED.

DATED: June 19, 2008.

_____
U.S. MAGISTRATE JUDGE