IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELLY F. KINNAN, | ) | Case No. 2:08-CV-01349-MCE-KJM |
| Plaintiff, | ) | ORDER OF DISMISSAL PURSUANT TO |
| v. | ) | STIPULATION |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation between the parties filed August 25, 2008, the above-captioned matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  August 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE